| | |
|---|---|
| **From:** | mgn190102251@gmail.com |
| **Sent:** | Monday, January 3, 2022 3:51 PM |
| **To:** | PAED Documents |
| **Subject:** | Please file and mark as jury trial demanded |
| **Attachments:** | 2022_01_03 Notice of Removal (Federal) with exhibits.pdf |

**CAUTION - EXTERNAL:**

Please file and mark as jury trial demanded

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.