**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **SCHOOL DISTRICT OF** | : | |
| **PHILADELPHIA,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-126** |
| | : | |
| **MICHAEL NAESSENS,** | : | |
| **Defendant.** | : | |

## ORDER

AND NOW, this 21st day of January 2022, Plaintiff Michael Naessens having submitted a Notice of Removal to the Court without either paying the fees to commence a civil action or filing a motion to proceed *in forma pauperis*, it is **ORDERED** that:

1. If Naessens seeks to proceed with this case, he must, within thirty (30) days of the date of this Order, either (1) pay $402 (comprising the $350 filing fee and $52 administrative fee) to the Clerk of Court, or (2) file a motion to proceed *in forma pauperis*.

2. The Clerk of Court shall provide Naessens with an appropriate non-prisoner application to proceed *in forma pauperis*, bearing the civil action number of this case.  Naessens may use this form to seek leave to proceed *in forma pauperis* if he cannot afford to pay the fees to commence this case.[1]

---

[1] This form is available on the Court's website at
http://www.paed.uscourts.gov/documents/forms/ifpl.pdf.

3.      If Naessens fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

**BY THE COURT:**

**/s/ Chad F. Kenney**
**CHAD F. KENNEY, JUDGE**